UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARK 104 DOE,<br><br>                    Plaintiff,<br><br>            -against-<br><br>NATIONAL BOY SCOUTS OF AMERICA<br>FOUNDATION a/k/a THE BOY SCOUTS OF<br>AMERICA, et al.,<br><br>                    Defendants. | 20-CV-1476 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties are hereby directed to provide the Court with a status update no later than

April 20, 2026.

Dated:  April 13, 2026
        New York, New York

                                    SO ORDERED.

                                    Jessica Clarke
                                    _____
                                    JESSICA G. L. CLARKE
                                    United States District Judge